No. 79–1738. NIXON v. FITZGERALD; and

No. 80–945. HARLOW ET AL. v. FITZGERALD. C. A. D. C. Cir. [Certiorari granted, 452 U. S. 959.] Motions of Orrin G. Hatch et al., National Taxpayers Legal Fund, Inc., and Government Accountability Project of the Institute for Policy Studies for leave to file briefs as *amici curiae* granted.

No. 80–1608. UNITED STATES v. JOHNSON. C. A. 9th Cir. [Certiorari granted, *ante*, p. 814.] Motion for appointment of counsel granted, and it is ordered that John F. Walter, Esquire, of Los Angeles, Cal., be appointed to serve as counsel for respondent in this case.

No. 80–1765. AMERICAN SOCIETY OF MECHANICAL ENGINEERS, INC. v. HYDROLEVEL CORP. C. A. 2d Cir. [Certiorari granted, 452 U. S. 937.] Motion of Stephen G. Glatzer et al. for leave to file a brief as *amici curiae* denied. Motion of National Commission for Health Certifying Agencies for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of National Fire Protection Association for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument denied. Motion of Adolph J. Ackerman for leave to file a brief as *amicus curiae* granted.